John L. Bobo, defendant in error, v. Arthur B. McCoid, plaintiff in error.  Gen. No. 24,938.

Action to recover money due under written instrument.  Judgment for plaintiff.  Error to the Circuit Court of Cook county; the Hon. H. Sterling Pomeroy, Judge, presiding.  Heard in the Branch Appellate Court at the March term, 1919.  Affirmed.  Opinion filed December 31, 1919.

Arthur B. McCoid, *pro se;* H. C. Rumery, of counsel.  Moses, Rosenthal & Kennedy, for defendant in error; Julius Moses and Hirsch E. Soble, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Merchants Loan and Trust Company et al., appellees, v. John C. Trainor, appellant.  Gen. No. 24,716.

Distress for rent.  Judgment for plaintiffs on allowance of set-off.  Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding.  Heard in the Branch Appellate Court at the October term, 1918.  Affirmed.  Opinion filed December 31, 1919.

James E. McGrath, for appellant.  Victor C. Winnen, for appellees.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Jacob Wolflin, appellee, v. City of Chicago et al., on appeal of James Tinley and Arthur Bairstow, appellants.  Gen. No. 24,742.

Action to recover for personal injuries resulting from falling into excavation in street.  Judgment for plaintiff.  Appeal from the Superior Court of Cook county; the Hon. Martin M. Gridley, Judge, presiding.  Heard in the Branch Appellate Court at the October term, 1918.  Affirmed.  Opinion filed December 31, 1919.

James H. McFarland, for appellants.  Carleton H. Pendleton, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Frank Kordelewski, appellee, v. Western Packing and Provision Company, appellant.  Gen. No. 24,765.

Action to recover for personal injuries to employee.  Judgment for plaintiff.  Appeal from the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding.  Heard in the Branch Appellate Court at the October term, 1918.  Affirmed.  Opinion filed December 31, 1919.

MacChesney, Becker, Angerstein & Rollo, for appellant; Nathan William MacChesney, Thomas C. Angerstein and George W. Angerstein, of counsel.  S. P. Douthart and Fred C. Smith, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.